Entered on Docket March 21, 2025

Below is the Order of the Court.

_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>ROYSTONE ON QUEEN ANNE LLC,<br><br>Debtor. | Chapter 11<br><br>Bankr. Case No. 24-11462-CMA |
| ROYSTONE ON QUEEN ANNE LLC, a Washington limited liability company, and VIBRANT CITIES, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>CITYMARK CAPITAL LLC, a foreign limited liability company,<br><br>Defendant. | Adv. Proc. No. 24-01064-CMA<br><br>***EX PARTE* ORDER DISMISSING ADVERSARY PROCEEDING**<br><br>**[CLERK'S ACTION REQUIRED]** |

THIS MATTER came before the Court on an *ex parte* basis upon the *Joint Motion to Dismiss Adversary Proceeding* (the "Motion"), submitted jointly by Roystone on Queen Anne LLC and Vibrant Cities, LLC, plaintiffs herein, and Citymark Capital LLC, defendant herein. The Court, having considered the Motion and the record and files herein, and finding that no notice of the Motion

*EX PARTE* ORDER DISMISSING ADVERSARY PROCEEDING – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2793 ic18gv01e0

Case 24-01064-CMA   Doc 52   Filed 03/21/25   Ent. 03/21/25 10:37:43   Pg. 1 of 2

is necessary in accordance with Fed. R. Civ. P. 41(a)(2), made applicable by Fed. R. Bankr. P. 7041, finds good and sufficient cause exists to grant the requested relief.  Now, therefore, it is hereby

**ORDERED as follows:**

1.   The Motion is granted.

2.   The above-captioned adversary proceeding is dismissed, with prejudice, and without an award of costs to any party.

3.   The Court shall retain jurisdiction and power to hear and determine all matters arising from or related to the interpretation, implementation, or enforcement of this order.

/// End of Order ///

Presented by:

BUSH KORNFELD LLP


By     /s/ Richard B. Keeton
       Christine M. Tobin-Presser, WSBA #27628
       Richard B. Keeton, WSBA #51537
Attorneys for Plaintiff Roystone on Queen Anne LLC

Approved for entry by:

WATHEN LEID HALL & RIDER, P.C.


By     /s/ Rick J Wathen
       Rick J Wathen, WSBA #25539
Attorneys for Plaintiffs Roystone on Queen Anne LLC and Vibrant Cities, LLC

FOSTER GARVEY P.C.


By     /s/ Christopher G. Emch
       Christopher G. Emch, WSBA #26457
Attorneys for Defendant Citymark Capital LLC

*EX PARTE* ORDER DISMISSING ADVERSARY PROCEEDING – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2793 ic18gv01e0

Case 24-01064-CMA    Doc 52    Filed 03/21/25    Ent. 03/21/25 10:37:43    Pg. 2 of 2